FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 JUN 30 PM 4:29

JACKSONVILLE, FLORIDA

DONALD J. SMITH,

          Plaintiff,

v.                        Case No. 3:06-cv-345-J-20JRK

JAMES V. CROSBY, JR.,
et al.,

          Defendants.
_____

**ORDER**

    1.   Plaintiff's Motion for Extension of Time (Doc. #35) is **GRANTED**. Therefore, Plaintiff, on or before **SEPTEMBER 1, 2008,** shall provide the Court with certification of service and documents reflecting proper, completed service upon the remaining Defendants. Failure to provide proof of proper service for a particular Defendant or failure to show good cause for the failure to effect service within the time allotted will result in the dismissal of that Defendant from this action without further notice.

    2.   Plaintiff's Request for Entry of Default Judgment (Doc. #39) is **DENIED**. See Defendant Ted Shaw's Motion to Dismiss (Doc.

#43); Plaintiff's Response to Defendant Ted Shaw's Motion to Dismiss (Doc. #47).

3. Defendant Ted Shaw's Motion to Dismiss (Doc. #43) is **DENIED**. See Plaintiff's Response to Defendant Ted Shaw's Motion to Dismiss (Doc. #47). Previous attempted service upon Defendant Ted Shaw is quashed (see Doc. #45), and Plaintiff is permitted additional time to perfect service of process upon Defendant Ted Shaw. See paragraph 1.

4. Defendant Shaw's Stipulated Motion for Substitution of Counsel (Doc. #50) is **GRANTED**.

5. Defendant Jeffery Benoit was served on April 10, 2008, and the Clerk entered default against him on May 20, 2008, pursuant to Fed. R. Civ. P. 55(a). See Affidavit of Process Server (Doc. #38); Entry of Default (Doc. #48). Plaintiff has filed a Motion for Default Judgment (Doc. #52) in the amount of $1,983,333.00. The Motion for Default Judgment (Doc. #52) is **STRICKEN** for Plaintiff's failure to comply with the Local Rule 3.01(a).

6. Defendant Crosby and Workman's Motion for Enlargement of Time to File Response to Amended Civil Rights Complaint (Doc. #41), Defendant Monica David's Motion for Enlargement of Time to File Response to Amended Civil Rights Complaint (Doc. #54) and Defendant John McLaughlin's Motion for Enlargement of Time to File Response to Amended Civil Rights Complaint (Doc. #55) are **GRANTED**. After Plaintiff has fully perfected service of process upon the remaining

Defendants or has explained his failure to do so, this Court will enter an Order requiring a response to the Amended Complaint.

7. The Clerk of Court shall send Defendant Jeffery Benoit a copy of: (1) the Affidavit of Process Server (Doc. #38); (2) Entry of Default (Doc. #48); and, (3) this Order, at the address listed in the Affidavit of Process Server (Doc. #38).

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

sc 6/27
c:
Donald J. Smith
Jeffery Benoit
Counsel of Record