UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONALD J. SMITH,

       Plaintiff,

v.                          Case No. 3:06-cv-345-J-20JRK

JAMES V. CROSBY, JR.,
et al.,

       Defendants.

## ORDER

1. The Clerk of Court shall send to Defendant Jeffery Benoit the following copies: Plaintiff's Third Motion for Default Judgment (Doc. #63); the docket in this case; and, the Summons in a Civil Action and Affidavit of the Process Server (Doc. #38), reflecting that Defendant Benoit was served on April 10, 2008.[1]

2. Defendant Benoit, within **FORTY (40) DAYS** from the date of this Order, shall respond to Plaintiff Smith's Third Motion for Default Judgment (Doc. #63).

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of April, 2009.

                                              /s/ James R. Klindt
                                              JAMES R. KLINDT
                                              United States Magistrate Judge

---

[1] On February 20, 2009, the Office of the Attorney General provided a confidential address for Defendant Jeffery Benoit.

sc 4/3

c:

Donald J. Smith

Jeffery Benoit (confidential address)

Counsel of Record